Mark M. Jones, Esq.
Nevada Bar No. 267
m.jones@kempjones.com
KEMP, JONES & COULTHARD, LLP
3800 Howard Hughes Pkwy., 17th Floor
Las Vegas, Nevada 89169
Telephone: (702) 385-6000
*Attorney for Defendants*
*GYBB Recycling, LLC; Benny Yamagata;*
*GY General Industries, LLC; and*
*Yamagata Enterprises Family Office, LLC*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| 3500-3675 PROCYON LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>BB RECYCLING, INC., a Nevada corporation; GYBB RECYCLING, LLC, a Nevada limited liability company; BERT BORS, an individual; BENNY YAMAGATA, an individual; GY GENERAL INDUSTRIES, LLC, a Nevada limited liability company; YAMAGATA ENTERPRISES FAMILY OFFICE, LLC, a Nevada limited liability company; and DOES 1 through X, inclusive; and ROE BUSINESS ENTITIES XI through XX, inclusive,<br><br>Defendants. | Case No.: 2:18-cv-01665-APG-GWF<br><br>**STIPULATION, REQUEST AND ORDER EXTENDING TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT** (Second Request) |

Defendants GYBB RECYCLING, LLC; BENNY YAMAGATA; GY GENERAL INDUSTRIES, LLC; and YAMAGATA ENTERPRISES FAMILY OFFICE, LLC (collectively the "GYBB Defendants") and Plaintiff 3500-3675 PROCYON, LLC, by and through their respective counsel, hereby respectfully submit this Stipulation, Request and Order Extending Time to Answer or Otherwise Respond to Plaintiff's Complaint (the "Stipulation"). This Stipulation is made in accordance with LR IA 6-1, LR IA 6-2, and LR 7-1of the Local Rules of

1

KEMP, JONES & COULTHARD, LLP
3800 Howard Hughes Parkway
Seventeenth Floor
Las Vegas, Nevada 89169
(702) 385-6000 • Fax (702) 385-6001
kjc@kempjones.com

this Court. This is the second request for an extension of time to file an answer or otherwise respond to Plaintiff's Complaint.

The GYBB Defendants accepted service of Plaintiff's Complaint on September 26, 2018. As such, the GYBB Defendants' responsive pleading was due October 26, 2018. The parties agreed to discuss settlement and stipulated to extend the deadline for the GYBB Defendants to prepare a responsive pleading to Plaintiff's Complaint to November 9, 2018. In order to provide Plaintiff's counsel an opportunity to discuss settlement with his client and to provide the parties ample time to continue to discuss settlement, the instant extension is requested.

Upon agreement by and between all the parties hereto as set forth herein, the GYBB Defendants respectfully request that this Court grant an extension of time, up to and including December 10, 2018, for the GYBB Defendants to file an answer or otherwise respond to Plaintiff's Complaint. By entering into this Stipulation, none of the parties waive any rights they have under statute, law or rule with respect to Plaintiff's Complaint or responding to the same.

| DATED this 5th day of November, 2018. | DATED this 5th day of November, 2018. |
|---|---|
| KEMP, JONES & COULTHARD, LLP | ALBRIGHT, STODDARD, WARNICK & ALBRIGHT |
| /s/ Mark M. Jones | /s/ D. Chris Albright |
| Mark M. Jones, Esq.<br>Nevada Bar No. 267<br>3800 Howard Hughes Parkway, 17th Floor<br>Las Vegas, Nevada 89169<br>*Attorneys for Defendants*<br>*GYBB Recycling, LLC; Benny Yamagata;*<br>*GY General Industries, LLC; and*<br>*Yamagata Enterprises Family Office, LLC* | D. Chris Albright, Esq.<br>Nevada Bar No. 4904<br>William H. Stoddard, Jr., Esq.<br>Nevada Bar No. 8679<br>801 South Rancho Drive, Suite D-4<br>Las Vegas, Nevada 89106<br>*Attorneys for Plaintiff* |

## **ORDER**

IT IS SO ORDERED.

*/s/ George Foley Jr.*
UNITED STATES MAGISTRATE JUDGE

Dated: 11-6-2018